UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CELIA HORRELL | CIVIL ACTION |
| VERSUS | NO: 11-2885 |
| JP MORGAN CHASE BANK, N.A. | SECTION: "F" (4) |

## RECUSAL ORDER

The undersigned Magistrate Judge recuses herself from handling the above-captioned case pursuant to 28 U.S.C. § 455(a) due to stock ownership in J.P. Morgan Chase and Company.

The Clerk of Court is **ORDERED** to reallot the above-captioned case to another Magistrate Judge other than Magistrate Judge 4.

New Orleans, Louisiana, this 22nd day of November 2011

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

NOV 2 3 2011

REALLOTTED TO

MAG. 2